**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>DALIA AUTO PLAZA, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendant(s). | No. 2:25-cv-02512-JAK (KESx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC ONLY (DKT. 14)** |

Based on a review of the Joint Stipulation of Dismissal with Prejudice of Trans Union LLC, Only ("Stipulation" (Dkt. 14)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. This matter is dismissed with prejudice as to Defendant Trans Union LLC only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated May 7, 2025                    _____
                                     John A. Kronstadt
                                     United States District Judge