Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> DALIA AUTO PLAZA, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive, <br><br> Defendant(s). | Case No. 2:25-cv-02512-JAK-KES <br><br> **Honorable John A. Kronstadt** <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC,** *ONLY* |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant EQUIFAX INFORMATION SERVICES LLC, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Defendant EQUIFAX INFORMATION SERVICES LLC *only*. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

Respectfully submitted September 8, 2025

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

By: /s/ Thomas P. Quinn , Jr
Thomas P. Quinn , Jr
Attorney for Equifax Information Services LLC

### **Signature Certification**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Equifax Information Services LLC and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 8, 2025

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 8, 2025, I served a true copy of the Stipulation to Dismiss on all counsel of record via the ECF Filing System: Executed on September 8, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff