# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>DALIA AUTO PLAZA, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendant(s). | No. 2:25-cv-02512-JAK (KESx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC, ONLY (DKT. 30)**<br><br>**[JS-6: CASE TERMINATED]** |

Based on a review of the Joint Stipulation of Dismissal with Prejudice of Trans Union LLC, Only ("Stipulation" (Dkt. 30)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. This matter is dismissed with prejudice as to Defendant Trans Union LLC only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 10, 2025   _____
John A. Kronstadt
United States District Judge